JS - 6

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| CLARENCE DEMETRIUS TATE, | ) | No. CV 11-06048-JGB (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| ROBERT TRIMBLE, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting and Adopting the Final Report and Recommendation of the United States Magistrate Judge, and dismissing the First Amended Petition for Writ of Habeas Corpus ("Petition"),

**IT IS ADJUDGED** that the First Amended Petition is dismissed without prejudice.

DATED: 7/18/13

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

JS - 6